UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MADELINE JOY PAUL                      CIVIL ACTION

VERSUS                                          NUMBER 10-534-RET

WALMART

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 18, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiffs' complaint will be dismissed pursuant to Rule 4(m).

Baton Rouge, Louisiana, June 6, 2011

_____
RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA